**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAFAEL L.O.,[1] et al., | : | |
| Petitioner, | : | Civil Action No. 20-3481 (JMV) |
| v. | : | **ORDER** |
| JOHN TSOUKARIS, et al., | : | |
| Respondents. | : | |

**VAZQUEZ, District Judge:**

On April 9, 2020, the Court entered a temporary restraining order ("TRO") as to Petitioners Rafael L.O., Adrian E. G.G., and Javier S.M. ("Petitioners"). D.E. No. 25. The Court also ordered that on April 23, 2020, it would hear argument as to whether the TRO should be converted to a preliminary injunction. *Id.* The Court held a teleconference with counsel for the parties on April 23, 2020. D.E. 28. For the reasons stated on the record, and for good cause shown,

**IT IS** on this 24th day of April, 2020,

**ORDERED** that the TRO, D.E. 25, granted on April 9, 2020, is extended until May 14, 2020; and it is further

**ORDERED** that on May 14, 2020, at 3:00 p.m., the Court will hear oral argument from the parties as to whether the TRO should be converted to a preliminary injunction; and it is further

---

[1] Petitioner is identified herein only by his first name and the first initials of his surnames in order to address certain privacy concerns associated with § 2241 immigration cases. This manner of identification comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.

**ORDERED** that the parties shall submit briefs as to the preliminary injunction by May 4, 2020, and either side may file opposition by May 11, 2020.

_____
JOHN MICHAEL VAZQUEZ
United States District Judge