**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAFAEL L.O.,[1] et al. | : | |
| Petitioner, | : | Civil Action No. 20-3481 (JMV) |
| v. | : | **ORDER** |
| THOMAS DECKER, et al., | : | |
| Respondent. | : | |

**VAZQUEZ, District Judge:**

On April 9, 2020, the Court entered a temporary restraining order ("TRO") as to Petitioners Rafael L.O., Adrian E. G.G., and Javier S.M.  D.E. 25.  The parties then submitted their positions as to whether the TRO should be converted to a preliminary injunction.  D.E. 30-32, 35-37.  The Court reviewed all submissions and then held a teleconference with counsel on May 14, 2020.  For the reasons set forth on the record, and for good cause shown,

**IT IS** on this 14th day of May, 2020,

**ORDERED** that the TRO, D.E. 14, is hereby converted to a preliminary injunction[2]; and it is further

---

[1] Petitioner is identified herein only by his first name and the first initials of his surnames in order to address certain privacy concerns associated with § 2241 immigration cases.  This manner of identification comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.

[2] Nothing in this Order prevents the Respondents from seeking a modification if Respondents believe that changed circumstances require such a modification.

**ORDERED** that Petitioners Rafael L.O., Adrian E. G.G., and Javier S.M. remain subject to the conditions of release set forth in the TRO, D.E. 25, with the following modification: Petitioners are also permitted to leave their home for beneficial or necessary activities while following best social practices; including obtaining food and other necessities; obtaining medical and mental health treatment; walking, running, or engaging in outdoor exercise; religious practice; and visits to family; and it is further

**ORDERED** that if any Petitioner (Petitioners Rafael L.O., Adrian E. G.G., and Javier S.M.) should violate any of the conditions of release, or be charged with a criminal offense, then U.S. Immigration and Customs Enforcement ("ICE") may take whatever lawful action that it deems necessary without first seeking leave from the Court. ICE shall notify Petitioner's counsel of such action as soon thereafter as is practicable.[3]

*[signature]*

JOHN MICHAEL VAZQUEZ
United States District Judge

---

[3] If ICE should take such action, and Petitioner believes that such action is inappropriate, the Court will hear the parties on short notice.